
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00515-ZLW

MAZEN J. KHERDEEN,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF DEPARTMENT - OFFICE,
SHERIFF J. GRAYSON ROBINSON, Individually and Under the Color of The Law,
COMMANDER CAPTAIN BRICE MOOMAW, Individually and Under the Color of The Law,
SGT. L. ROSS, #9662, Individually and Under the Color of The Law,
SGT. SEMMELBECK, #9635, Individually and Under the Color of The Law,
DEPUTY SEXTON, #CH0012, Individually and Under the Color of The Law,
DEPUTY LENON, #03072, Individually and Under the Color of The Law,
DEPUTY ROBINSON, Individually and Under the Color of The Law,
DEPUTY SPAIN, #03092, Individually and Under the Color of The Law,
DEPUTY R. BRASH, #03062, Individually and Under the Color of The Law,
ARAPAHOE COUNTY SHERIFF'S OFFICE / COURT SERVICES DEPUTY, #9851, Individually and Under the Color of The Law,
CAPTAIN BAY, Individually and Under the Color of The Law,
LEUTANANT [sic] MARES, Individually and Under the Color of The Law,
DENVER COUNTY SHERIFF, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ROBERTS, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ESPONOZA, Individually and Under the Color of The Law,
DENVER MAYOR JOHN HECKENLOOPER [sic], Individually and Under the Color of The Law,
DENVER GENERAL HOSPITAL aka DENVER HEALTH ("DH"),
DR. NANCY DEBOREY, Individually and as a Medical Doctor at Denver Health,
DR. JENNIFFER ADAMS,
NURSE CHIP EDWARDS, Individually and as a Medical Nurse at Denver Health,
CORRECTIONAL HEALTH CARE MANAGEMENT ("CHCM"),
ROBERT LAUDERDALE, Individually and as Chief Executive of CMCH,
DR. SINGH, Individually as an Employee of CHCM and or Arapahoe County Detention ("ACDF"),
DR. FURR, Individually as an Employee of CHCM and or ACDF,
NURSE HEIDI, Individually as an Employee of CHCM and or ACDF,
DR. MOSER, Individually as an Employee of CHCM and or ACDF,
NURSE PAULA, Individually as an Employee of CHCM and or ACDF,
ARAPAHOE COUNTY DETENION [sic] FACILITY/ MEDICAL HEALTH AUTHORITY,
ARAPAHOE COUNTY DETENTION FACILITY ("ACDF"),
ARAPAHOE COUNTY LAW LIBRARY,
SHEILA CLARK, Individually and as a Librarian of the Arapahoe County Law Library,
ARAMARK FOOD SERVICE ("Aramark"),
EDIE KILMORE, Food Service Director, Individually and as employee of Aramark,
MAURICE WORMACK, Food Service Manager, Individually and as employee of

Aramark,
JANE STADICK, Food Service Dieteticnist [sic], Individually and as employee of Aramark,
COLORADO 18TH JUDICIAL DISTRICT,
ARAPAHOE COUNTY DISTRICT COURT ("ACDC"),
JUDGE JOHN LEOPOLD, Chief Judge, ACDC, Individually and as a Judge,
JUDGE WHITE, ACDC Judge, Individually and as a Judge,
JUDGE CHERRYL POST, ACDC Judge, Individually and as a Judge,
ARAPAHOE COUNTY COURT ("ACC"),
JUDGE CHRISTINA N. CHAUCHE, Individually and as an ACC Judge in Div [sic] 204,
JUDGE CHRISTOPHER C. CROSS, Individually and as an ACC Judge in Div [sic] A-2,
MAGISTRATE EDWARD BURNS, Individually and as an ACC Magistrate in Div [sic] C1,
DENVER COUNTY COURT,
JUDGE BREEZE, Individually and as a Judge at DCC, Ct [sic] Room 186L,
ARAPAHOE DISTRICT ATTORNEY'S OFFICE ("ACDAO"),
CAROL CHAMBERS, Individually and as an ACDA,
CAROL CHAMBERS, Individually and as an Assistant ACDA,
JOHN W. SUTHERS, Individually and as State of Colorado Attorney General,
KATHLEEN L. SPALDING, Individually and as State of Colorado Assistant Attorney General,
FRANK WEDDIG, Arapahoe County Commissioner,
BILL OWENS, Individually and as a Governor of the State of Colorado,
GEORGE W. BUSH, Individually and as a President of The United States of America,
COLORADO MUSLIM SOCIETY ("CMS"),
MASJID ABU-BAKR,
ABDULLA SULEIMAN, aka ABU NAJEEB, Individually & as a Member of CMS,
MOHAMMAD ASHOUR, Individually and as a Member of CMS,
AMERA CLEAN,
NUBUILT,
MUNIR LADIN, Individually and as a Board member of CMS Shura,
AMANULLAH MOHAMMEDI, Individually and as a Board member of CMS Shura,
HAITHAM NASR, Individually and as a Board member of CMS Shura,
ANIS JAD, Individually and as a Board member of CMS Shura,
EMAMUDIN GHIAS, Individually and as a Board member of CMS Shura,
DRSHLER NAWAZ, Individually and as a Board member of CMS Shura,
SYED I. ASIF, Individually and as a Board member of CMS Shura,
AMMAR AMENETE, Individually and as an Imam Member of CMS Shura,
AHMAD NABHAU, Individually and as a Former Imam Member of CMS Shura,
MAPLE TREE MORTGAGE, ("MTM"),
LANCE FELDMAN, ("MTM"), an Executive of MTM,
KAMAL IBRAHEEM, ("MTM"), Member of CMS,
GREENWOOD VILLAGE POLICE DEPARTMENT,
JUDGE MARK HENEN, Individually and as ACDC Judge,
JUDGE MARILYNN LEONARD, Individually and as ACDC Judge,
JUDGE PHASING, Individually and as ACDC Judge,
MONWAN J. KHAIREDDIN,
HIYAM KHAIREDDIN,
GARY L. CRANDELL,
ROBERT M. SINGER,
JOSEPH MURR,

JOHN DOE and JANE DOE,
CHRISTOPHER BANMAN,
ATTORNY [sic] RANDY CORPORON,
ATTORNEY WALTER GERASH, and
CHANNEL 4 NEWS - KCNC News,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motions and notice of change of address submitted by Plaintiff Mazen J. Kherdeen and filed by the Court on July 11, 2006. The instant complaint and the action were dismissed by an order entered on June 27, 2006, and filed on June 28, 2006. Therefore, the motions are denied as moot. The clerk of the Court is directed to mail a copy of this minute order to Mr. Kherdeen at his current Pueblo, Colorado, address.

Dated:  July 12, 2006

**Copies of this Minute Order** mailed on July 12, 2006, to the following:

Mazen J. Kherdeen
CMHIP
1600 w. 24TH St.
Pueblo, CO 81003

                                Secretary/Deputy Clerk